*ley* for petitioners.  *Mr. E. L. Westbrooke* for respondent.

No. 888.  SULLIVAN *v.* MEYER.  May 15, 1944.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.  *Messrs. Wm. J. Neale* and *George E. Sullivan* for petitioner.  *Mr. Spencer Gordon* for respondent.

No. 893.  ANTHONY ET AL. *v.* UNITED STATES TRUST CO.  May 15, 1944.  Petition for writ of certiorari to the Court of Appeals of New York denied.  *Mr. Eli J. Blair* for petitioners.  *Messrs. George L. Shearer* and *M'Cready Sykes* for respondent.

No. 924.  DENTAL PRODUCTS CO., INC. *v.* SMITH.  May 15, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. Max W. Zabel* for petitioner.  *Mr. James R. McKnight* for respondent.

No. 817.  BEEGLE *v.* THOMPSON, TRUSTEE, ET AL.  May 15, 1944.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. Max W. Zabel* for petitioner.  *Messrs. Harry Frease* and *Joseph Frease* for respondents.

No. 946.  RUZON *v.* BARTLEY, JUDGE, ET AL.  May 15, 1944.  Petition for writ of certiorari to the Supreme Court of Illinois denied.